**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Nicole Charleston, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Global Credit & Collection Corp.,

Defendant.

Docket No: 2:17-cv-02740-ADS-AKT

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: May 30, 2018

**PELTAN LAW, PLLC**

By: ___/s David Peltan_____
David Peltan, Esq.
128 Church Street
 East Aurora, New York 14052
Tel: (716) 374-5431
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: ___/s David M. Barshay_____
David M. Barshay
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 111890
*Attorneys for Plaintiff*