UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Nicole Charleston, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

Global Credit & Collection Corp.,

    Defendant.

Docket No: 2:17-cv-02740-ADS-AKT

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 31 2018 ★

LONG ISLAND OFFICE

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: May 30, 2018

**PELTAN LAW, PLLC**

By: /s David Peltan
David Peltan, Esq.
128 Church Street
East Aurora, New York 14052
Tel: (716) 374-5431
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: /s David M. Barshay
David M. Barshay
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 111890
*Attorneys for Plaintiff*

SO ORDERED: The Clerk of the Court is respectfully directed to close the case.

s/ Arthur D. Spatt
_____
Arthur D. Spatt, U.S.D.J.

5/31/18
_____
Date